**E-FILED**
Wednesday, 12 April, 2017  01:48:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Leland Foster**, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-2054 |
| v. ) | |
| ) | Judge Colin Stirling Bruce |
| **SPIRIT MASTER FUNDING II, LLC** a ) | |
| Delaware limited liability company, ) | Magistrate Judge Eric I. Long |
| ) | |
| And ) | |
| ) | |
| **CARROLS, LLC**, a Delaware limited liability company | |
| | |
| Defendants. | |

## PLAINTIFF'S MOTION TO DISMISS PARTY DEFENDANT

NOW COMES the Plaintiff, Leland Foster, individually, and hereby files the following Motion to Dismiss Party Defendant and states as follows:

1. Plaintiff wishes to dismiss the Defendant, Spirit Master Funding II, LLC, as a party defendant.

2. Upon informal discovery between the parties, it is Plaintiff's belief it is appropriate to dismiss all claims for relief against Spirit Master Funding II, LLC, without prejudice against being refiled.

WHEREFORE, the Plaintiff requests an ORDER dismissing all claims for relief against Spirit Master Funding II, LLC, without prejudice against being refiled.

Dated:  April 12, 2017

By:     /s/ Owen B. Dunn, Jr.
      Owen B. Dunn, Jr. Esq.    MI Bar P66315
      Law Offices of Owen Dunn, Jr.
      4334 W. Central Avenue, Suite 22
      Toledo, OH 43604
      Telephone: (419) 241-9661
      Facsimile:  (419) 241-9737
      DunnLawOffice@sbcglobal.net
      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was on this 12th day of April 2017 served via ordinary mail or electronic service to:

Spirit Master Funding II, LLC
c/o its registered agent, C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
Chicago, IL 60604

And

Carrols, LLC
c/o Jeffrey J. Mayer
Akerman LLP
71 S. Wacker Dr. Suite 4600
Chicago, IL 60606
jeffrey.mayer@akerman.com

                              By: /s/ Owen B. Dunn, Jr.
                                    Owen B. Dunn, Jr.